# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES CROMER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN DUFFY,<br><br>　　　　Respondent. | CASE NO. 2:16-CV-00323-CJC (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Denying First Amended Petition and Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: July 13, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE